*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-10-00749-CV

**IN RE CAMP MYSTIC, INC.,** Richard G. **EASTLAND,** Willetta ("Tweety") **EASTLAND,**
and James M. **EASTLAND**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  November 17, 2010

PETITION FOR WRIT OF MANDAMUS AND WRIT OF PROHIBITION DENIED

On October 19, 2010, relators filed a petition for writ of mandamus and writ of prohibition.  The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and writ of prohibition is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 07-0728B, styled *Camp Mystic, Inc., et al. v. Stacy Eastland, et al.*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.  However, the order complained of was signed by the Honorable David Peeples, visiting judge.